**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KERA DAWN EVANS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WILEY JENKINS,<br><br>　　　　　Respondent. | Case No. CV 18-1119 SJO (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE**<br>**JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Motion to Dismiss, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

**IT IS ORDERED** that Judgment shall be entered granting the Motion to Dismiss and dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondents.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 20, 2018

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE