# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERA DAWN EVANS,<br><br>          Petitioner,<br><br>  v.<br><br>WILEY JENKINS,<br><br>          Respondent. | Case No. CV 18-1119 SJO (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 20, 2018

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE